NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-15-0000083**
**06-OCT-2015**
**09:44 AM**

NO. CAAP-15-0000083

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
MICHAEL CHRISTOPHER DALTON, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CR. NO. 14-1-132K)

ORDER GRANTING SEPTEMBER 15, 2015
MOTION FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J. Fujise and Reifurth, JJ.)

Upon consideration of the Motion for Dismissal of
Appeal by Dean T. Kauka, counsel for Defendant-Appellant Michael
Christopher Dalton, the Declaration of Defendant-Appellant
Michael Christopher Dalton, and the records and files herein, it
appears that Defendant-Appellant has a knowing and intelligent
understanding of the consequences of dismissal of his appeal and
that he voluntarily consents to the dismissal of his appeal.

IT IS HEREBY ORDERED that the appeal is dismissed pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b) and (c).

DATED: Honolulu, Hawaiʻi, October 6, 2015.

Chief Judge

Associate Judge

Associate Judge